# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MATTHEW KING, | ) | 3:17-cv-00606-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | February 28, 2019 |
| STATE OF NEVADA, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KATIE OGDEN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Request for Leave to File a Second Amended Complaint" (ECF No. 16). LR 15-1 requires a party seeking leave to file an amended pleading must submit a proposed amended pleading within the motion to amend. The proposed Amended Complaint must be complete in and of itself without reference to the superseded pleading.

No proposed Amended Complaint accompanied Plaintiff's motion. Plaintiff's motion (ECF No. 16) is therefore **DENIED** without prejudice. Plaintiff shall have thirty (30) days within which to submit a motion to amend accompanied by a proposed Amended Complaint.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  /s/
     Deputy Clerk